UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DORRET FRANCIS, ANTHONY KENNEDY, and CHRISTINE PEARCE, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>APEX USA, INC.; HOTELMACHER, LLC, dba HOLIDAY INN EXPRESS; SONTAG, INC. dba HAMPTON INN CLINTON; STEAKMACHER, LLC, dba MONTANA MIKE'S STEAKHOUSE; SCHUMACHER INVESTMENTS, LLC, dba WATER ZOO INDOOR WATER PARK; WALTER SCHUMACHER; and CAROLYN SCHUMACHER,<br><br>      Defendants. | Case No.: 5:18-cv-00583-SLP |

**JOINT MOTION FOR ENTRY OF**
**<u>PROTECTIVE ORDER PURSUANT TO RULE 26(c)</u>**

Plaintiffs Dorret Francis, Anthony Kennedy, and Christine Pearce and Defendants Apex USA, Inc., Hotelmacher LLC, Sontag, Inc., Steakmacher, LLC, Schumacher Investments, LLC, Walter Schumacher, and Carolyn Schumacher respectfully move this Court to enter a protective order pursuant to Federal Rule of Civil Procedure 26(c) designating certain discovery materials as confidential.  In support of this motion, the parties state as follows:

1. The parties and third parties may have confidential or proprietary information within their possession, custody or control that is relevant to the claims and defenses involved in this case.

2. The parties have conferred in good faith about a protective order related to discovery materials and agree to the terms of the proposed order.

3. The proposed Protective Order is being submitted contemporaneously to the Court in accordance with the instructions set forth in Section II.G. of the Electronic Filing for Civil and Criminal Cases Policies & Procedures Manual for the United States District Court, Western District of Oklahoma.

WHEREFORE, the parties respectfully request that this Court enter the proposed Protective Order.

Dated: August 16, 2019                             Respectfully Submitted,

/s/ Catherine Fisher                               /s/ C. Eric Shephard
Brady Henderson (OBA #21212)                       *(signed by filing attorney with permission)*
AMERICAN CIVIL LIBERTIES UNION                     Kevin R. Donelson, OBA No. 12647
P.O. Box 1626                                      C. Eric Shephard, OBA No. 22299
Oklahoma City, OK 73101                            Fellers, Snider, Blankenship, Bailey &
Telephone:   (405) 525-3831                        Tippens, PC
Facsimile:   (405) 524-2296                        100 N. Broadway Ave., Suite 1700
Email:       bhenderson@acluok.org                 Oklahoma City, OK  73102
                                                   Telephone:  (405) 232-0621
Carole Vigne, Pro Hac Vice                         Facsimile:  (405) 232-9659
LEGAL AID AT WORK                                  Email:  kdonelson@fellerssnider.com
180 Montgomery Street, Suite 600                           eshephard@fellerssnider.com
San Francisco, CA  94104
Telephone:   (415) 864-8848                        ***Attorneys for Defendants***
Facsimile:   (415) 593-0096
Emails:      cvigne@legalaidatwork.org

Eben Colby, Pro Hac Vice
Catherine Fisher, Pro Hac Vice
Isaac Saidel-Goley, Pro Hac Vice
500 Boylston Street, 23rd Floor
Boston, MA 02116
Telephone:   (617) 573-4800
Facsimile:    (617) 573-4822
Emails: Eben.Colby@probonolaw.com
             Catherine.Fisher@probonolaw.com
             Isaac.Saidel-Goley@probonolaw.com

Christopher J. Willett, Pro Hac Vice
Caitlin Boehne, Pro Hac Vice
Rebecca Eisenbrey, Pro Hac Vice
EQUAL JUSTICE CENTER
510 Congress Ave., Ste. 206
Austin, Texas  78704
Telephone:   (512) 474-0007
Facsimile:    (512) 474-0008
Emails: cwillett@equaljusticecenter.org
             cboehne@equaljusticecenter.org
             reisenbrey@equaljusticecenter.org

*Attorneys for Plaintiffs*