UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

DORRET FRANCIS, ANTHONY
KENNEDY, and CHRISTINE PEARCE,
on behalf of themselves and all others
similarly situated,
Plaintiffs,

v.                                                      Case No.: CIV-18-583-SLP

APEX USA, INC.; HOTELMACHER,
LLC, dba HOLIDAY INN EXPRESS;
SONTAG, INC. dba HAMPTON INN
CLINTON; STEAKMACHER, LLC, dba
MONTANA MIKE'S STEAKHOUSE;
SCHUMACHER INVESTMENTS, LLC,
dba WATER ZOO INDOOR WATER
PARK; WALTER SCHUMACHER; and
CAROLYN SCHUMACHER,
Defendants.

## PLAINTIFFS' CROSS-MOTION FOR PROTECTIVE ORDER

COME NOW Plaintiffs Dorret Francis, Anthony Kennedy and Christine

Pearce ("Plaintiffs" or "Named Plaintiffs") respectfully request that the Court deny

Defendant Walter Schumacher's ("Defendant" or "W. Schumacher") Motion to Compel

(ECF No. 56) (the "Motion") and respectfully move this Court to enter a protective order

pursuant to Federal Rule of Civil Procedure 26(c) prohibiting Defendants from inquiring

into (1) the current or former immigration status of the Named Plaintiffs or putative Class

Members, except when employed by Defendants, and (2) the names or locations of the

Named Plaintiffs' or putative Class Members' post-Defendant employers.  In support

hereof, the Plaintiffs refer to their contemporaneously-filed Memorandum in Opposition

to Defendant's Motion to Compel and in Support of Plaintiffs' Cross-Motion for

Protective Order.

## LCvR 37.1 CERTIFICATION

Pursuant to Fed. R. Civ. P. 26(c) and LCvR 37.1, the undersigned counsel

for the Plaintiffs hereby certifies that counsel for the parties have conferred multiple

times in good faith regarding the relief requested in this motion, including telephonically

on December 16, 2019, and by email on December 6, 2019, December 11, 2019,

December 19, 2019 and December 20, 2019, and counsel for Defendants has indicated

that they are opposed to the relief requested in this motion.  The offices of counsel for the

Plaintiffs being located in various locations including Austin, Texas, San Francisco,

California, and Boston, Massachusetts, and the office of counsel for the Defendants being

located in Oklahoma City, Oklahoma, the distance between counsels' offices renders a

personal conference infeasible.

Dated:  January 21, 2020                        Respectfully Submitted,

By:   */s/ Rebecca Eisenbrey*

Megan E. Lambert, OBA #33216
AMERICAN CIVIL LIBERTIES UNION
P.O. Box 1626
Oklahoma City, OK 73101
Telephone:   (405) 525-3831
Facsimile:   (405) 524-2296
Email:       mlambert@acluok.org

Carole Vigne, *Pro Hac Vice*
George Warner, *Pro Hac Vice*
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA  94104

Telephone:   (415) 864-8848
Facsimile:   (415) 593-0096
Emails:        cvigne@legalaidatwork.org
                   gwarner@legalaidatwork.org

Eben Colby, *Pro Hac Vice*
Catherine Fisher, *Pro Hac Vice*
500 Boylston Street, 23 Floor
Boston, MA 02116
Telephone:   (617) 573-4855
Facsimile:    (617) 305-4855
Emails:    Eben.Colby@probonolaw.com
                 Catherine.Fisher@probonolaw.com

Christopher J. Willett, *Pro Hac Vice*
Caitlin Boehne, *Pro Hac Vice*
Rebecca Eisenbrey, *Pro Hac Vice*
EQUAL JUSTICE CENTER
510 Congress Ave., Ste. 206
Austin, Texas  78704
Telephone:   (512) 474-0007
Facsimile:    (512) 474-0008
Emails:        cwillett@equaljusticecenter.org
                   cboehne@equaljusticecenter.org
                   reisenbrey@equaljusticecenter.org

*Attorneys for Plaintiffs and the Proposed Class*