# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

CHRISTINE PEARCE, ANTHONY
KENNEDY, and DORRET FRANCIS, on
behalf of themselves and all others
similarly situated,

        Plaintiffs,

      v.

APEX USA, INC.; HOTELMACHER,
LLC, dba HOLIDAY INN EXPRESS;
SONTAG, INC. dba HAMPTON INN
CLINTON; STEAKMACHER, LLC, dba
MONTANA MIKE'S STEAKHOUSE;
SCHUMACHER INVESTMENTS, LLC,
dba WATER ZOO INDOOR WATER
PARK; WALTER SCHUMACHER; and
CAROLYN SCHUMACHER,

        Defendants.

Case No.: CIV-18-583-SLP

## APPENDIX OF EXHIBITS IN SUPPORT OF
## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
## AND OPENING MEMORANDUM OF LAW IN SUPPORT

## **TABLE OF CONTENTS**

Exhibit 1:     Declaration of Luis C.deBaca and exhibits

Exhibit 2:     Declaration of Sofia Jones-Gardner

Exhibit 3:     Declaration of Stacy Soriano

Exhibit 4:     Declaration of Khadine Thomas

Exhibit 5:     Declaration of Dorret Francis

Exhibit 6:     Declaration of Anthony Kennedy

Exhibit 7:     Declaration of Christine Pearce

Exhibit 8:     Declaration of Tania De Leon Arias

Exhibit 9:     Declaration of Danielle Saunders

Exhibit 10:   DEFS-J1-010192 -- DEFS-J1-010193 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 11:   DEFS-J1-009092 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 12:   DEFS-J1-007737 -- DEFS-J1-007740 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 13:   Transcript of the March 8, 2020 Deposition of Christine Pearce **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 14:   Transcript of the February 28, 2020 Deposition of Anthony Kennedy **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 15:   Transcript of the August 19, 2020 Deposition of Dorret Francis **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 16:   DEFS-J1-001502 -- DEFS-J1-001561 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 17:   DEFS-J1-001904 -- DEFS-J1-001936 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 18:   DEFS-J1-003017 -- DEFS-J1-003074 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 19:   DEFS-J1-020327 -- DEFS-J1-020334 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 20:   Declaration of Eben P. Colby

Exhibit 21:   Declaration of Megan Lambert

Exhibit 22:   Declaration of George A. Warner

Exhibit 23:   Declaration of Christopher J. Willett

Exhibit 24:   Transcript of the August 24, 2020 Deposition of Walt Schumacher **[Personal data identifiers redacted pursuant to Electronic Filing Policy & Procedures Manual § II.H.1]**

Exhibit 25:   DEFS-J1-004831 -- DEFS-J1-004832 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 26:   Transcript of the February 25, 2020 Deposition of Carolyn Schumacher

Exhibit 27:   DEFS-J1-000844 -- DEFS-J1-000871 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 28:   DEFS-J1-000001 -- DEFS-J1-000051 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 29:   DEFS-J1-000166 -- DEFS-J1-000196 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 30:   DEFS-J1-000224 -- DEFS-J1-000268 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 31:   DEFS-J1-002818 -- DEFS-J1-002839 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 32:   FRANCIS-0000068 -- FRANCIS-0000072 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 33:   DEFS-J1-001131 -- DEFS-J1-001168 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 34:   DEFS-J1-002644 -- DEFS-J1-002671 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 35:   DEFS-J1-002592 -- DEFS-J1-002619 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 36:   DEFS-J1-001131 -- DEFS-J1-001168 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 37:   DEFS-J1-002672 -- DEFS-J1-002726 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 38:   DEFS-J1-002466 -- DEFS-J1-002494 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 39:   DEFS-J1-002465 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 40:   DEFS-J1-002565 -- DEFS-J1-002580 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 41:   DEFS-J1-010222 -- DEFS-J1-010224 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

[Exhibit no. 42 intentionally left blank.]

Exhibit 43:   DEFS-J1-010116 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 44:   DEFS-H2B006662 -- DEFS-H2B006685 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 45:   Transcript of the March 4, 2020 Deposition of Walt Schumacher

Exhibit 46:   DEFS-J1-000582 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 47:   DEFS-J1-002581 -- DEFS-J1-002591 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 48:   DEFS-J1-006204 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 49:   DEFS-J1-010620

Exhibit 50:    DEFS-J1-010822 -- DEFS-J1-0109220 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 51:    DEFS-H2B007119 -- DEFS-H2B007142 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Exhibit 52:    DEFS-J1-007409 **[Filed under seal pursuant to August 19, 2020 Protective Order]**

Dated:  September 15, 2020          Respectfully Submitted,

*/s/ Catherine Fisher*
Meghan Lambert (OBA #33216)
ACLU OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Telephone:   (405) 525-3831
Facsimile:   (405) 524-2296
Email:         mlambert@acluok.org

George Warner, Pro Hac Vice
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:   (415) 864-8848
Facsimile:   (415) 593-0096
Emails:         gwarner@legalaidatwork.org

Eben Colby, Pro Hac Vice
Catherine Fisher, Pro Hac Vice
500 Boylston Street, 23rd Floor
Boston, MA 02116
Telephone:   (617) 573-4800
Facsimile:   (617) 573-4822
Emails: Eben.Colby@probonolaw.com
            Catherine.Fisher@probonolaw.com

Christopher J. Willett, Pro Hac Vice
Caitlin Boehne, Pro Hac Vice
Rebecca Eisenbrey, Pro Hac Vice
EQUAL JUSTICE CENTER
510 Congress Ave., Ste. 206
Austin, Texas  78704
Telephone:   (512) 474-0007
Facsimile:   (512) 474-0008
Emails: cwillett@equaljusticecenter.org
            cboehne@equaljusticecenter.org
            reisenbrey@equaljusticecenter.org

***Attorneys for Plaintiffs***