UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DORRET FRANCIS, ANTHONY KENNEDY, CHRISTINE PEARCE, and KHADINE THOMAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>APEX USA, INC.; HOTELMACHER, LLC, dba HOLIDAY INN EXPRESS; SONTAG, INC. dba HAMPTON INN CLINTON; STEAKMACHER, LLC, dba MONTANA MIKE'S STEAKHOUSE; SCHUMACHER INVESTMENTS, LLC, dba WATER ZOO INDOOR WATER PARK; WALTER SCHUMACHER; and CAROLYN SCHUMACHER,<br><br>    Defendants. | Case No.: CIV-18-583-SLP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiffs Dorret Francis, Anthony Kennedy, Christine Pearce and Khadine Thomas and Defendants Apex USA, Inc., Hotelmacher, LLC, d/b/a Holiday Inn Express, Sontag, Inc. d/b/a Hampton Inn Clinton, Steakmacher, LLC, d/b/a Montana Mike's Steakhouse, Schumacher Investments, LLC, d/b/a Water Zoo Indoor Water Park, Walter Schumacher, and Carolyn Schumacher that this action and any and all claims herein are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees, and with each party waiving all rights of appeal, if any.

Dated: January 24, 2023

/s/ Catherine Fisher
Megan E. Lambert, OBA #33216
ACLU OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Telephone: (405) 525-3831
Facsimile: (405) 524-2296
Email: mlambert@acluok.org

George Warner, *Pro Hac Vice*
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Emails: gwarner@legalaidatwork.org

Eben Colby, *Pro Hac Vice*
Catherine Fisher, *Pro Hac Vice*
500 Boylston Street
Boston, MA 02116
Telephone: (617) 573-4855
Facsimile: (617) 305-4855
Emails: Eben.Colby@probonolaw.com
         Catherine.Fisher@probonolaw.com

Alyssa Musante, *Pro Hac Vice*
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5223
Facsimile: (213) 621-5223
Email: Alyssa.Musante@probonolaw.com

Christopher J. Willett, *Pro Hac Vice*
Caitlin Boehne, *Pro Hac Vice*
EQUAL JUSTICE CENTER
314 E. Highland Mall Blvd., Ste 401
Austin, TX 78752
Telephone: (512) 474-0007
Facsimile: (512) 474-0008
Emails: cwillett@equaljusticecenter.org

Respectfully Submitted,

/s/ C. Eric Shephard
*(signed by filing attorney with permission)*
C. Eric Shephard, OBA No. 22299
Mark K. Stonecipher, OBA No. 10483
A. Wayne Billings, OBA No. 31483
Dane H. Miller, OBA No. 33975
FELLERS, SNIDER, BLANKENSHIP, BAILEY & TIPPENS, PC
100 N. Broadway Ave., Suite 1700
Oklahoma City, OK 73102
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
Email: EShephard@FellersSnider.com
        MStonecipher@FellersSnider.com
        WBillings@FellersSnider.com
        DMiller@FellersSnider.com

*Attorneys for Defendants*

cboehne@equaljusticecenter.org

*Attorneys for Plaintiffs*

3